UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                )<br>)<br>ANDREW MAHN            ) | Cr. No.  1:23-cr- |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 15th day of February, 2023.

This 15th day of February, 2023.

JANE E. YOUNG
United States Attorney

By: /s/ Alexander S. Chen
Alexander S. Chen
Assistant U.S. Attorney

WARRANT ISSUED: _____