UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 23-cr-17-LM |
| ANDREW MAHN, | ) ) ) | |
| Defendant. | ) ) | |

**ORGANIZATIONAL VICTIM STATEMENT**
**Fed. R. Crim. P. 12.4(b) and LCrR 12.4.1(b)**

A Superseding Information and Plea Agreement were filed with the Clerk's office on November 8, 2023.

The United States of America, by Jane E. Young, the United States Attorney for the District of New Hampshire, and Alexander S. Chen, an Assistant U.S. Attorney, has identified an organizational victim as part of the new charging document. Pursuant to Fed. R. Crim. P. 12.4(b) and Local Rule 12.4.1(b), the Government discloses the following information about this victim.

1. Motorola: This is a publicly-traded corporation with headquarters in Chicago, Illinois. The Government is unaware of any parent corporation or upcoming merger agreements. No individual shareholder owns more than 10% of Motorola stock. However, publicly-available information indicates The Vanguard Group, an investment firm that invests on behalf of many clients, owns 12% of Motorola stock.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

1

Dated: November 9, 2023           By:    /s/ Alexander S. Chen
                                    Alexander S. Chen
                                    Assistant U.S. Attorney
                                    53 Pleasant Street, 4th Floor
                                    Concord, New Hampshire 03301
                                    (603) 225-1552
                                    Alexander.chen@usdoj.gov