AO 455 (Rev. 01/09) Waiver of an Indictment

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 27 2023

FILED

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-CR-17-LM |
| Andrew Mahn | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/27/23

*Defendant's signature*

*Signature of defendant's attorney*

ERIC WOLPIN
*Printed name of defendant's attorney*

*Judge's signature*

Landya B. McCafferty, USDJ
*Judge's printed name and title*